# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
**Ronald Baylis, Jr.**　　　　　　　　　　　　　　Chapter 13  
Debtor

　　　　　　　　　　　　　　　　　　　　　　　Case No. 22-11958-amc

---

## CERTIFICATE OF SERVICE

　　I, Kim Y. Brand, Legal Assistant to Ashley M. Sullivan, attorney for Debtor, Ronald Baylis, Jr., hereby certify that on July 29, 2022, I did serve a copy of the Chapter 13 Plan on the following parties via First Class Mail.

Chapter 13 Trustee

Kenneth E. West, Esquire  
Office of the Chapter 13 Standing Trustee  
1234 Market Street - Suite 1813  
Philadelphia, PA 19107

U.S. Trustee

United States Trustee  
Office of United States Trustee  
Robert N.C. Nix Federal Building  
900 Market Street, Suite 320  
Philadelphia, PA 19107

**Creditors**

Capital Accounts, LLC  
P.O. Box 140065  
Nashville, TN 37214

Credit Bureau Resolution
P.O. Box 14517
Des Moines, IA 50306

Deborah Woody
PA Child Support Enforcement
Domestic Relations
34 S. 11th Street
Philadelphia, PA 19107

Department of Water Revenue
1401 JFK Blvd.
Philadelphia, PA 19102

Eagle One Federal Credit Union
3301 Philadelphia Pike
Claymont, DE 19703

Eagle One Federal Credit Union
P.O. Box 33345
Philadelphia, PA 19142

Eagle One Federal Credit Union
P.O. Box 33345
Philadelphia, PA 19142

Eagle One Federal Credit Union
P.O. Box 33345
Philadelphia, PA 19142

Katrina Brown
PA Child Support Enforcement
Domestic Relations
34 S. 11th Street
Philadelphia, PA 19107

KML Law Group
701 Market Street #5000
Philadelphia, PA 19106


Midland Funding, LLC
2365 Northside Drive, Suite 300
San Diego, CA 92108

PA Child Support Enforcement
34 S. 11th Street
Domestic Relations
Philadelphia, PA 19107

Pennsylvania Housing Finance Agency
PO Box 8029
Harrisburg, PA 17105-8029

Phila Gas Works Federal Credit Union
8022 Bustleton Avenue
Philadelphia, PA 19152

Phila Gas Works Federal Credit Union
8022 Bustleton Avenue
Philadelphia, PA 19152

Phila Gas Works Federal Credit Union
8022 Bustleton Avenue
Philadelphia, PA 19152

Phila Gas Works Federal Credit Union
8022 Bustleton Avenue
Philadelphia, PA 19152

Philadelphia Gas Works
8022 Bustleton Avenue
Philadelphia, PA 19152

Verizon
PO Box 650584
Dallas, TX 75265

Date: September 9, 2022         BY: /s/ Kim Y. Brand
                                KIM Y. BRAND, LEGAL ASSISTANT
                                SPEAR WILDERMAN, P.C.
                                230 S. Broad Street, 14th Floor
                                Philadelphia, PA  19102
                                (215) 732-0101
                                (215) 732-7790 (fax)