# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**RONALD BAYLIS**

                **Chapter 13**

**Debtor**                **Case No. 22-11958**

---

## ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

    Kindly enter my appearance on behalf of Ronald Baylis in the above referenced Chapter 13 case.

                    BY: /s/ Vladislav Kachka
                    VLADISLAV KACHKA, ESQUIRE
                    SPEAR WILDERMAN, P.C.
                    230 S. Broad Street, Ste. 1400
                    Philadelphia, PA  19102
                    (215) 732-0101
                    (215) 732-7790
                    vkachka@spearwilderman.com

    Kindly withdraw my appearance on behalf of Ronald Baylis in the above referenced Chapter 13 case.

                    BY:/s/ Ashley M. Sullivan
                    ASHLEY M. SULLIVAN, ESQUIRE
                    SPEAR WILDERMAN, P.C.
                    230 S. Broad Street, Ste. 1400
                    Philadelphia, PA  19102
                    (215) 732-0101
                    (215) 732-7790
                    asullivan@spearwilderman. com