**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Chapter 13

RONALD BAYLIS, JR

Debtor                                              Case No.:  22-11958

**CERTIFICATE OF SERVICE**

I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that on the 14th day of October, 2022, I did serve a copy of the Amended Schedule J on the following individuals via regular mail and  electronic notice


Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Capital Accounts, LLC
P.O. Box 140065
Nashville, TN  37214

Credit Bureau Resolution
P.O. Box 14517
Des Moines, IA  50306

Deborah Woody
PA Child Support Enforcement
Domestic Relations
34 S. 11th Street
Philadelphia, PA  19107

Water Revenue Bureau
1401 JFK Blvd.
Philadelphia, PA  19102

Eagle One Federal Credit Union
P.O. Box 33345
Philadelphia, PA  19142

Katrina Brown
PA Child Support Enforcement
Domestic Relations
34 S. 11th Street
Philadelphia, PA  19107

KML Law Group
701 Market Street #5000
Philadelphia, PA  19106

Midland Funding, LLC
2365 Northside Drive, Suite 300
San Diego, CA  92108

Pennsylvania Housing Finance Agency
P.O. Box 8029
Harrisburg, PA  17105-8029

Philadelphia Gas Works Federal Credit Union
8022 Bustleton Avenue
Philadelphia, PA  19152

Verizon
P.O. Box 650584
Dallas, TX  75265

Date: October 14, 2022

BY:/s/ Vladislav Kachka
   VLADISLAV KACHKA, EQUIRE
   SPEAR WILDERMAN, P.C.
   230 S. Broad Street, 14th Floor
   Philadelphia, PA  19102
   (215) 732-0101
   (215) 7342-7790 (fax)
   vkachka@spearwilderman.com
   Attorney for Debtor