**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

**Ronald Baylis, Jr.**

                                **Chapter 13**

**Debtor**                           **Case No. 22-11958**

---

**ENTRY AND WITHDRAW OF APPEARANCE**

To the Clerk:

      Kindly enter my appearance on behalf of Ronald Baylis, Jr.  the above referenced Chapter 13 case.

                           BY:/s/ Akeem J. Parsons
                           AKEEM J. PARSONS, ESQUIRE
                           SPEAR WILDERMAN, P.C.
                           230 S. Broad Street, Ste. 1400
                           Philadelphia, PA  19102
                           (215) 732-0101
                           (215) 732-7790
                           aparsons@spearwilderman. com

      Kindly withdraw my appearance on behalf of Ronald Baylis, Jr. in the above referenced Chapter 13 case.

                           BY: /s/  Vladislav Kachka
                           VLADISLAV KACHKA, ESQUIRE
                           SPEAR WILDERMAN, P.C.
                           230 S. Broad Street, Ste. 1400
                           Philadelphia, PA  19102
                           (215) 732-0101
                           (215) 732-7790
                           vkachka@spearwilderman.com