# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                   Chapter 13

                                                   Bankruptcy No. 22-11958-AMC

RONALD BAYLIS, JR.

1131 ANCHOR STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RONALD BAYLIS, JR.

1131 ANCHOR STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

SPEAR WILDERMAN, P.C.
230 SOUTH BROAD STREET
STE # 1400
PHILADELPHIA,, PA 19102-

                                            /S/ Kenneth E. West

Date: 2/1/2023                        _____

                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee