**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RONALD BAYLIS, JR.<br><br>Debtor | Chapter 13<br><br><br>Bankruptcy No. 22-11958-AMC |

# **O R D E R**

**AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: March 28, 2023

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
SPEAR WILDERMAN, P.C.
230 SOUTH BROAD STREET
STE # 1400
PHILADELPHIA,, PA 19102-

Debtor:
RONALD BAYLIS, JR.

1131 ANCHOR STREET

PHILADELPHIA, PA 19124