United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11958-amc

Ronald Baylis, Jr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Mar 28, 2023     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Baylis, Jr., 1131 Anchor Street, Philadelphia, PA 19124-1114 |
| 14708964 | + | Deborah Woody, PA Child Support Enforcement, Domesstic Relations, 34 S. 11th Street, Philadelphia, PA 19107-3623 |
| 14708965 | + | Department of Water Revenue, 1401 JFK Blvd., Philadelphia, PA 19102-1606 |
| 14708967 | + | Eagle One Federal Credit Union, P.O. Box 33345, Philadelphia, PA 19142-0545 |
| 14708966 | + | Eagle One Federal Credit Union, 3301 Philadelphia Pike, Claymont, DE 19703-3102 |
| 14713518 | + | Eagle One Federal Credit Union, 8022 Bustleton Avenue, Philadelphia PA 19152-2815 |
| 14708970 | + | Katrina Brown, PA Child Support Enforcement, Domestic Relations, 34 S. 11th Street, Philadelphia, PA 19107-3623 |
| 14708973 | + | PA Child Support Enformcement, 34 S. 11th Street, Domestic Relations, Philadelphia, PA 19107-3623 |
| 14713919 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14708975 | + | Phila Gas Works Federal Credit Union, 8022 Bustleton Avenue, Philadelphia, PA 19152-2815 |
| 14733062 | + | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14708979 | + | Philadelphia Gas Works, 8022 Bustleton Avenue, Philadelphia, PA 19152-2815 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 28 2023 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2023 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14713917 | | Email/Text: megan.harper@phila.gov | Mar 28 2023 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14708962 | + | Email/Text: bankruptcy@usecapital.com | Mar 28 2023 23:52:00 | Capital Accounts, LLC, P.O. Box 140065, Nashville, TN 37214-0065 |
| 14708963 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2023 00:03:36 | Credit Bureau Resolution, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 14708971 | ^ | MEBN | Mar 28 2023 23:46:49 | KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14708972 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2023 23:52:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14708974 | | Email/Text: blegal@phfa.org | Mar 28 2023 23:52:00 | Pennsylvania Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14726638 | + | Email/Text: blegal@phfa.org | Mar 28 2023 23:52:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14708980 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2023 23:51:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: pdf900 | Total Noticed: 22 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14708968 | *+ | Eagle One Federal Credit Union, P.O. Box 33345, Philadelphia, PA 19142-0545 |
| 14708969 | *+ | Eagle One Federal Credit Union, P.O. Box 33345, Philadelphia, PA 19142-0545 |
| 14708976 | *+ | Phila Gas Works Federal Credit Union, 8022 Bustleton Avenue, Philadelphia, PA 19152-2815 |
| 14708977 | *+ | Phila Gas Works Federal Credit Union, 8022 Bustleton Avenue, Philadelphia, PA 19152-2815 |
| 14708978 | *+ | Phila Gas Works Federal Credit Union, 8022 Bustleton Avenue, Philadelphia, PA 19152-2815 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023             Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Ronald Baylis Jr. akeemparsonsesq@gmail.com, aparsons@spearwilderman.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> RONALD BAYLIS, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 22-11958-AMC |

# ORDER

     **AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

     **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: March 28, 2023

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
SPEAR WILDERMAN, P.C.
230 SOUTH BROAD STREET
STE # 1400
PHILADELPHIA,, PA 19102-

Debtor:
RONALD BAYLIS, JR.

1131 ANCHOR STREET

PHILADELPHIA, PA 19124